

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00070-CR

Stefan Kirk **GAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1169-CR-A
Honorable Gary L. Steel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 25, 2015.

_____
Marialyn Barnard, Justice